**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

__Southern__ District of __California__
                            (State)

Case number (*If known*): __18-2702__ Chapter __11__

*A  232650*

☐ Check if this is an
   amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy    04/16

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals*, is available.

1. **Debtor's name**

   Worthington Energy, Inc.

2. **All other names debtor used in the last 8 years**

   Include any assumed names, trade names, and *doing business as* names

   Paxton Energy, Inc.

3. **Debtor's federal Employer Identification Number (EIN)**

   2 0 – 1 3 9 9 6 1 3

4. **Debtor's address**

   Principal place of business

   6136
   ~~3433~~ Mission Gorge Road
   Number    Street

   Suite 111

   San Diego          CA      92120
   City               State   ZIP Code

   San Diego
   County

   Mailing address, if different from principal place of business

   Number      Street

   P.O. Box

   City          State    ZIP Code

   Location of principal assets, if different from principal place of business

   Number      Street

   City          State    ZIP Code

5. **Debtor's website (URL)**

6. **Type of debtor**

   ☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
   ☐ Partnership (excluding LLP)
   ☐ Other. Specify:

| Debtor | Worthington Energy, Inc. | Case number (if known) |
|--------|--------------------------|------------------------|
|        | Name                     |                        |

**7. Describe debtor's business**

**A.** *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

☑ None of the above

**B.** *Check all that apply:*

☐ Tax-exempt entity (as described in 26 U.S.C. § 501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)

☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

**C.** NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.naics.com/search/ .

1  3  1  1

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

☐ Chapter 7

☐ Chapter 9

☑ Chapter 11. *Check all that apply:*

    ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,566,050 (amount subject to adjustment on 4/01/19 and every 3 years after that).

    ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

    ☑ A plan is being filed with this petition.

    ☑ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

    ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11 (Official Form 201A)* with this form.

    ☑ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

☑ No

☐ Yes. District _____ When __/__/____ MM / DD / YYYY  Case number _____

    District _____ When __/__/____ MM / DD / YYYY  Case number _____

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list.

☑ No

☐ Yes. Debtor _____ Relationship _____

    District _____ When __/__/____ MM / DD / YYYY

    Case number, if known _____

Debtor   **Worthington Energy, Inc.**
     Name

Case number (if known)_____

---

**11. Why is the case filed in *this district*?**

Check all that apply:

☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

---

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☑ No

☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

    **Why does the property need immediate attention?** *(Check all that apply.)*

    ☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

        What is the hazard? _____

    ☐ It needs to be physically secured or protected from the weather.

    ☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

    ☐ Other _____

    **Where is the property?**_____
                Number       Street

                _____

                City                  State    ZIP Code

    **Is the property insured?**

    ☐ No

    ☐ Yes. Insurance agency _____

            Contact name   _____

            Phone        _____

---

### Statistical and administrative information

**13. Debtor's estimation of available funds**

Check one:

☑ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors.

---

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ☐ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☑ 50-99 | ☐ 5,001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than 100,000 |
| ☐ 200-999 | | |

---

**15. Estimated assets**

| | | |
|---|---|---|
| ☑ $0-$50,000 | ☐ $1,000,001-$10 million | ☐ $500,000,001-$1 billion |
| ☐ $50,001-$100,000 | ☐ $10,000,001-$50 million | ☐ $1,000,000,001-$10 billion |
| ☐ $100,001-$500,000 | ☐ $50,000,001-$100 million | ☐ $10,000,000,001-$50 billion |
| ☐ $500,001-$1 million | ☐ $100,000,001-$500 million | ☐ More than $50 billion |

---

Debtor    __Worthington Energy, Inc._____     Case number (if known)_____
              Name

**16. Estimated liabilities**

- ☐ $0-$50,000
- ☐ $50,001-$100,000
- ☐ $100,001-$500,000
- ☐ $500,001-$1 million
- ☑ $1,000,001-$10 million
- ☐ $10,000,001-$50 million
- ☐ $50,000,001-$100 million
- ☐ $100,000,001-$500 million
- ☐ $500,000,001-$1 billion
- ☐ $1,000,000,001-$10 billion
- ☐ $10,000,000,001-$50 billion
- ☐ More than $50 billion

---

### Request for Relief, Declaration, and Signatures

**WARNING —** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

- ☐ The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.
- ☐ I have been authorized to file this petition on behalf of the debtor.
- ☐ I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on _____
              MM   / DD / YYYY

✗ _____*Al Kau*_____        Al Kau
Signature of authorized representative of debtor        Printed name

Title **President** _____

**18. Signature of attorney**

✗ _____*Daniel Masters*_____        Date  __5 - 1 - 18__
Signature of attorney for debtor                    MM   / DD / YYYY

Daniel Masters
Printed name
Law Office of Daniel Masters
Firm name
P. O. Box 66
Number        Street
La Jolla                                      CA      92038
City                                          State    ZIP Code

858-459-1133                                  masters@lawyer.com
Contact phone                                 Email address

220729                                        CA
Bar number                                    State

---

Official Form 201        Voluntary Petition for Non-Individuals Filing for Bankruptcy        page 4

Official Form 201A (12/15)

*[If debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11 of the Bankruptcy Code, this Exhibit "A" shall be completed and attached to the petition.]*

*[Caption as in Form 416B]*

## Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11

1. If any of the debtor's securities are registered under Section 12 of the Securities Exchange Act of 1934, the SEC file number is _____.

2. The following financial data is the latest available information and refers to the debtor's condition on April 1, 2018 _____.

    a. Total assets                      $_____ 50.00

    b. Total debts (including debts listed in 2.c., below)    $_____ 2,981,281.69 ~~2,944,311.80~~

    c. Debt securities held by more than 500 holders

                                                    Approximate number of holders:

    secured ☐  unsecured ☐  subordinated ☐  $_____  _____

    secured ☐  unsecured ☐  subordinated ☐  $_____  _____

    secured ☐  unsecured ☐  subordinated ☐  $_____  _____

    secured ☐  unsecured ☐  subordinated ☐  $_____  _____

    secured ☐  unsecured ☐  subordinated ☐  $_____  _____

    d. Number of shares of preferred stock

    e. Number of shares common stock               2868077366

    Comments, if any: _____

3. Brief description of debtor's business: Debtor was in the oil and gas business however all of its wells are shut in because cost to produce is higher than market price of oil and gas.

4. List the names of any person who directly or indirectly owns, controls, or holds, with power to vote, 5% or more of the voting securities of debtor:

Fill in this information to identify the case and this filing:

Debtor Name __Worthington Energy, Inc.__

United States Bankruptcy Court for the: __Southern__    District of __CA__
(State)

Case number (*if known*): _____

# Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☒ *Schedule A/B: Assets--Real and Personal Property* (Official Form 206A/B)

☒ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

☒ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

☒ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

☒ *Schedule H: Codebtors* (Official Form 206H)

☒ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)

☐ Amended Schedule ____

☒ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

☐ Other document that requires a declaration_____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on _____        ✗ _____
MM / DD / YYYY              Signature of individual signing on behalf of debtor

Al Kau
_____
Printed name

President
_____
Position or relationship to debtor

**Fill in this information to identify the case:**

Debtor name  Worthington Energy, Inc.

United States Bankruptcy Court for the:  Southern          District of  CA
                                                                    (State)

Case number (If known): _____

☐ Check if this is an
   amended filing

## Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
                                                                                                      12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an *insider*, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 1  Haverstock Manager 80 Eagle Chase Woodbury, NY 11797 | 516-526-8504 | Loan Fee | | | | 295,000 |
| 2  Jones Walker 201 St.Charles Ave #5100 New Orleans, LA 70170 | | Legal Fee | | | | 244,882.86 |
| 3  Surety Financial Group LLC 542 Main St. Reisterstown, MD 21136 | 410-833-0028 | Note | | | | 150,601.84 |
| 4  Weinberg & Co. 1935 Century Park E. #1120 Los Angeles, CA 90067 | 310-407-5450 | Prof. Services | | | | 149,496 |
| 5  GEL Properties LLC 16192 Coastal Hwy. Lewes, DE 19958 | | Note | | | | 149,000 |
| 6  Ironridge Global Partners 1 Montgomery Tower #2575 San Francisco, CA 94104 | | | disputed | | | 140,000 |
| 7  Anthony Mason 3206 Revere St. #410 Houston, TX 77098 | | Note | | | | 115,000 |
| 8  LG Capital 1218 Union St. #2 Brooklyn, NY 11225 | | Note | | | | 101,875 |

Debtor ___Worthington Energy, Inc._____  Case number (if known)_____

| Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 9 Charles Volk 145 Corte Madera Ctr #138 Corte Madera, CA 94925 | 415 - 305 - 8790 | Mgmt Services | | | | 100,000 |
| 10 Al Kau 33671 Chula Vista Ave. Dana Point, CA 92629 | 949 - 433 - 4374 | Mgmt Services | | | | 100,000 |
| 11 Common Stock LLC 80 Eagle Chase Woodbury, NY 11797 | 516 - 526 - 8504 | Note | | | | 92,500 |
| 12 Hansen Barnett & Maxwell 5 Triad Center #750 Salt Lake City, UT 84180 | 800 - 301 - 1040 | Prof Fees | | | | 90,924.86 |
| 13 CA Lambertson Consulting 2745 Union St. San Francisco, CA 94123 | | Prof Services | | | | 86,500 |
| 14 La Jolla Cove Investors 1793 Union St. San Francisco, CA 94123 | 415 - 409 - 8022 | Note | | | | 83,440 |
| 15 Prolific Group LLC 500 W Silver Spring #K200 Glendale, WI 53217 | | Note | | | | 79,900 |
| 16 Revolution Investment Mgmt 80 Eagle Chase Woodbury, CT 11797 | 516 - 526 - 8504 | Note | | | | 78,500 |
| 17 Tarpon Bay Partners LLC 90 Grove St. Ridgefield, CT 06877 | 203 - 431 - 9300 | Note | | | | 75,000 |
| 18 Asher Enterprises 1 Linden Place #207 Great Neck, NY 11021 | 515 - 498 - 9890 | Note | | | | 74,000 |
| 19 New Venture Attorneys 101 Church St. #22 Los Gatos, CA 95030 | 408 - 560 - 9606 | Prof Services | | | | 70,000 |
| 20 Robert Cohen 80 Eagle Chase Woodbury, NY 11797 | 516 - 526 - 8504 | Note | | | | 60,000 |

**Fill in this information to identify the case:**

Debtor name  Worthington Energy, Inc.

United States Bankruptcy Court for the: Southern          District of  CA
                                                                    (State)

Case number (If known):

☐ Check if this is an
amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals                    12/15

| Part 1: | Summary of Assets |
|---|---|

1. **Schedule A/B: Assets–Real and Personal Property** (Official Form 206A/B)

   1a. **Real property:**
   Copy line 88 from *Schedule A/B* ..........................................................................................  $ _____0.00

   1b. **Total personal property:**
   Copy line 91A from *Schedule A/B* .......................................................................................  $ _____50.00

   1c. **Total of all property:**
   Copy line 92 from *Schedule A/B* .........................................................................................  $ _____50.00

| Part 2: | Summary of Liabilities |
|---|---|

2. **Schedule D: Creditors Who Have Claims Secured by Property** (Official Form 206D)
   Copy the total dollar amount listed in Column A, *Amount of claim*, from line 3 of *Schedule D* ...........................................  $ _____0.00

3. **Schedule E/F: Creditors Who Have Unsecured Claims** (Official Form 206E/F)

   3a. **Total claim amounts of priority unsecured claims:**
   Copy the total claims from Part 1 from line 5a of *Schedule E/F* ...........................................................  $ _____0.00

   3b. **Total amount of claims of nonpriority amount of unsecured claims:**
   Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F* ......................................  + $ ___2,981,281.69

4. **Total liabilities** ..........................................................................................................
   Lines 2 + 3a + 3b                                                                                       $ ___2,981,281.69

**Fill in this information to identify the case:**

Debtor name ___Worthington Energy, Inc.___

United States Bankruptcy Court for the: ___Southern___ District of ___CA___
(State)

Case number (If known): _____

☐ Check if this is an amended filing

## Official Form 206A/B

# Schedule A/B: Assets — Real and Personal Property    12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the *additional information applies*. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

### Part 1:    Cash and cash equivalents

1. **Does the debtor have any cash or cash equivalents?**

☑ No. Go to Part 2.
☐ Yes. Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | Current value of debtor's interest |
|---|---|

2. **Cash on hand** — $_____

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|
| 3.1. _____ | _____ | ___ ___ ___ ___ | $_____ |
| 3.2. _____ | _____ | ___ ___ ___ ___ | $_____ |

4. **Other cash equivalents** *(Identify all)*

4.1. _____ — $_____
4.2. _____ — $_____

5. **Total of Part 1**
Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80. — $_____0.00_

### Part 2:    Deposits and prepayments

6. **Does the debtor have any deposits or prepayments?**

☑ No. Go to Part 3.
☐ Yes. Fill in the information below.

Current value of debtor's interest

7. **Deposits, including security deposits and utility deposits**

Description, including name of holder of deposit

7.1. _____ — $_____
7.2. _____ — $_____

Debtor    Worthington Energy, Inc.                                   Case number (if known)_____
          Name

---

**8. Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**

Description, including name of holder of prepayment

8.1._____   $_____

8.2._____   $_____

**9. Total of Part 2.**

Add lines 7 through 8. Copy the total to line 81.                          $_____0.00

---

### Part 3:   Accounts receivable

**10. Does the debtor have any accounts receivable?**

☑ No. Go to Part 4.

☐ Yes. Fill in the information below.

| | Current value of debtor's interest |

**11. Accounts receivable**

11a. 90 days old or less:   _____ – _____ = ........→    $_____
                            face amount        doubtful or uncollectible accounts

11b. Over 90 days old:      _____ – _____ = ........→    $_____
                            face amount        doubtful or uncollectible accounts

**12. Total of Part 3**

Current value on lines 11a + 11b = line 12. Copy the total to line 82.     $_____0.00

---

### Part 4:   Investments

**13. Does the debtor own any investments?**

☑ No. Go to Part 5.

☐ Yes. Fill in the information below.

| | Valuation method used for current value | Current value of debtor's interest |

**14. Mutual funds or publicly traded stocks not included in Part 1**

Name of fund or stock:

14.1._____   _____   $_____

14.2._____   _____   $_____

**15. Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture**

Name of entity:                                 % of ownership:

15.1._____   _____%   _____   $_____

15.2._____   _____%   _____   $_____

**16. Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1**

Describe:

16.1._____   _____   $_____

16.2._____   _____   $_____

**17. Total of Part 4**

Add lines 14 through 16. Copy the total to line 83.                        $_____0.00

---

Debtor      Worthington Energy, Inc.                                        Case number (if known)_____
            Name

| Part 5: | Inventory, excluding agriculture assets |

18. **Does the debtor own any inventory (excluding agriculture assets)?**

☑ No. Go to Part 6.

☐ Yes. Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 19. **Raw materials** | | | | |
| _____ | _____ MM / DD / YYYY | $_____ | _____ | $_____ |
| 20. **Work in progress** | | | | |
| _____ | _____ MM / DD / YYYY | $_____ | _____ | $_____ |
| 21. **Finished goods, including goods held for resale** | | | | |
| _____ | _____ MM / DD / YYYY | $_____ | _____ | $_____ |
| 22. **Other inventory or supplies** | | | | |
| _____ | _____ MM / DD / YYYY | $_____ | _____ | $_____ |

23. **Total of Part 5**

Add lines 19 through 22. Copy the total to line 84.

$                    0.00

24. **Is any of the property listed in Part 5 perishable?**

☐ No

☐ Yes

25. **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**

☐ No

☐ Yes. Book value _____  Valuation method_____  Current value_____

26. **Has any of the property listed in Part 5 been appraised by a professional within the last year?**

☐ No

☐ Yes

| Part 6: | Farming and fishing-related assets (other than titled motor vehicles and land) |

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

☑ No. Go to Part 7.

☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 28. **Crops—either planted or harvested** | | | |
| _____ | $_____ | _____ | $_____ |
| 29. **Farm animals** *Examples*: Livestock, poultry, farm-raised fish | | | |
| _____ | $_____ | _____ | $_____ |
| 30. **Farm machinery and equipment** (Other than titled motor vehicles) | | | |
| _____ | $_____ | _____ | $_____ |
| 31. **Farm and fishing supplies, chemicals, and feed** | | | |
| _____ | $_____ | _____ | $_____ |
| 32. **Other farming and fishing-related property not already listed in Part 6** | | | |
| _____ | $_____ | _____ | $_____ |

Debtor   __Worthington Energy, Inc._____   Case number (if known)_____
         Name

**33. Total of Part 6.**

Add lines 28 through 32. Copy the total to line 85.

$_____0.00

**34. Is the debtor a member of an agricultural cooperative?**

☐ No

☐ Yes. Is any of the debtor's property stored at the cooperative?

    ☐ No

    ☐ Yes

**35. Has any of the property listed in Part 6 been purchased within 20 days before the bankruptcy was filed?**

☐ No

☐ Yes. Book value $_____ Valuation method _____ Current value $_____

**36. Is a depreciation schedule available for any of the property listed in Part 6?**

☐ No

☐ Yes

**37. Has any of the property listed in Part 6 been appraised by a professional within the last year?**

☐ No

☐ Yes

---

**Part 7:**   **Office furniture, fixtures, and equipment; and collectibles**

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No. Go to Part 8.

☑ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **39. Office furniture** | | | |
| File cabinet | $_____ | dealer quote | $_____50.00 |
| **40. Office fixtures** | | | |
| | $_____ | _____ | $_____ |
| **41. Office equipment, including all computer equipment and communication systems equipment and software** | | | |
| | $_____ | _____ | $_____ |
| **42. Collectibles** Examples: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles | | | |
| 42.1 | $_____ | _____ | $_____ |
| 42.2 | $_____ | _____ | $_____ |
| 42.3 | $_____ | _____ | $_____ |

**43. Total of Part 7.**

Add lines 39 through 42. Copy the total to line 86.

$_____50.00

**44. Is a depreciation schedule available for any of the property listed in Part 7?**

☑ No

☐ Yes

**45. Has any of the property listed in Part 7 been appraised by a professional within the last year?**

☑ No

☐ Yes

Debtor    **Worthington Energy, Inc.**
Name

Case number (if known)_____

---

### Part 8: Machinery, equipment, and vehicles

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

☑ No. Go to Part 9.

☐ Yes. Fill in the information below.

| General description  Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest  (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|

47. **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles**

| | | | |
|---|---|---|---|
| 47.1_____ | $_____ | _____ | $_____ |
| 47.2_____ | $_____ | _____ | $_____ |
| 47.3_____ | $_____ | _____ | $_____ |
| 47.4_____ | $_____ | _____ | $_____ |

48. **Watercraft, trailers, motors, and related accessories** Examples: Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels

| | | | |
|---|---|---|---|
| 48.1_____ | $_____ | _____ | $_____ |
| 48.2_____ | $_____ | _____ | $_____ |

49. **Aircraft and accessories**

| | | | |
|---|---|---|---|
| 49.1_____ | $_____ | _____ | $_____ |
| 49.2_____ | $_____ | _____ | $_____ |

50. **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)**

| | | | |
|---|---|---|---|
| _____ | $_____ | _____ | $_____ |

51. **Total of Part 8.**

Add lines 47 through 50. Copy the total to line 87.

$_____0.00

52. **Is a depreciation schedule available for any of the property listed in Part 8?**

☐ No

☐ Yes

53. **Has any of the property listed in Part 8 been appraised by a professional within the last year?**

☐ No

☐ Yes

---

Debtor    __Worthington Energy, Inc._____    Case number (if known)_____
                Name

| Part 9: | Real property |

**54. Does the debtor own or lease any real property?**
- ☑ No. Go to Part 10.
- ☐ Yes. Fill in the information below.

**55. Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property<br>Include street address or other description such as<br>Assessor Parcel Number (APN), and type of property<br>(for example, acreage, factory, warehouse, apartment<br>or office building), if available. | Nature and extent<br>of debtor's interest<br>in property | Net book value of<br>debtor's interest<br>(Where available) | Valuation method used<br>for current value | Current value of<br>debtor's interest |
|---|---|---|---|---|
| 55.1_____ | _____ | $_____ | _____ | $_____ |
| 55.2_____ | _____ | $_____ | _____ | $_____ |
| 55.3_____ | _____ | $_____ | _____ | $_____ |
| 55.4_____ | _____ | $_____ | _____ | $_____ |
| 55.5_____ | _____ | $_____ | _____ | $_____ |
| 55.6_____ | _____ | $_____ | _____ | $_____ |

**56. Total of Part 9.**
Add the current value on lines 55.1 through 55.6 and entries from any additional sheets. Copy the total to line 88.

$_____ 0.00

**57. Is a depreciation schedule available for any of the property listed in Part 9?**
- ☐ No
- ☐ Yes

**58. Has any of the property listed in Part 9 been appraised by a professional within the last year?**
- ☐ No
- ☐ Yes

| Part 10: | Intangibles and Intellectual property |

**59. Does the debtor have any interests in intangibles or intellectual property?**
- ☑ No. Go to Part 11.
- ☐ Yes. Fill in the information below.

| General description | Net book value of<br>debtor's interest<br>(Where available) | Valuation method<br>used for current value | Current value of<br>debtor's interest |
|---|---|---|---|
| **60. Patents, copyrights, trademarks, and trade secrets**<br>_____ | $_____ | _____ | $_____ |
| **61. Internet domain names and websites**<br>_____ | $_____ | _____ | $_____ |
| **62. Licenses, franchises, and royalties**<br>_____ | $_____ | _____ | $_____ |
| **63. Customer lists, mailing lists, or other compilations**<br>_____ | $_____ | _____ | $_____ |
| **64. Other intangibles, or intellectual property**<br>_____ | $_____ | _____ | $_____ |
| **65. Goodwill**<br>_____ | $_____ | _____ | $_____ |

**66. Total of Part 10.**
Add lines 60 through 65. Copy the total to line 89.

$_____ 0.00

Debtor    Worthington Energy, Inc.                                    Case number (if known)_____
           Name

67. **Do your lists or records include personally identifiable information of customers (as defined in 11 U.S.C. §§ 101(41A) and 107)?**
☐ No
☐ Yes

68. **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**
☐ No
☐ Yes

69. **Has any of the property listed in Part 10 been appraised by a professional within the last year?**
☐ No
☐ Yes

## Part 11:   All other assets

70. **Does the debtor own any other assets that have not yet been reported on this form?**
Include all interests in executory contracts and unexpired leases not previously reported on this form.
☐ No. Go to Part 12.
☑ Yes. Fill in the information below.

| | Current value of debtor's interest |
|---|---|

71. **Notes receivable**
Description (include name of obligor)

_____     _____     −     _____     = →    $_____
                            Total face amount         doubtful or uncollectible amount

72. **Tax refunds and unused net operating losses (NOLs)**

Description (for example, federal, state, local)

_____     Tax year _____     $_____
_____     Tax year _____     $_____
_____     Tax year _____     $_____

73. **Interests in insurance policies or annuities**

_____                              $_____

74. **Causes of action against third parties (whether or not a lawsuit has been filed)**

_____                              $_____

Nature of claim          _____
Amount requested         $_____

75. **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**

_____                              $_____

Nature of claim          _____
Amount requested         $_____

76. **Trusts, equitable or future interests in property**

_____                              $_____

77. **Other property of any kind not already listed** *Examples:* Season tickets, country club membership

interests in oil & gas wells that are not operating              $_____0.00

                                                                 $_____

78. **Total of Part 11.**
Add lines 71 through 77. Copy the total to line 90.                $_____0.00

79. **Has any of the property listed in Part 11 been appraised by a professional within the last year?**
☐ No
☐ Yes

Debtor   <u>Worthington Energy, Inc.</u>
          Name

Case number (if known)_____

| **Part 12:** | **Summary** |

In Part 12 copy all of the totals from the earlier parts of the form.

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1.* | $ 0.00 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $ 0.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $ 0.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $ 0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $ 0.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $ 0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $ 50.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $ 0.00 | |
| 88. **Real property.** *Copy line 56, Part 9.* ........................➔ | | $ 0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $ 0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $ 0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column. ...........91a. | $ 50.00 | + 91b. $ 0.00 |

92. **Total of all property on Schedule A/B.** Lines 91a + 91b = 92. ...................................................................... $ 50.00

**Fill in this information to identify the case:**

Debtor name __Worthington Energy, Inc.__

United States Bankruptcy Court for the: __Southern__    District of __CA__
(State)

Case number (If known): _____

☐ Check if this is an amended filing

## Official Form 206D

# Schedule D: Creditors Who Have Claims Secured by Property    12/15

Be as complete and accurate as possible.

1. **Do any creditors have claims secured by debtor's property?**
   ☑ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.
   ☐ Yes. Fill in all of the information below.

| Part 1: | List Creditors Who Have Secured Claims |
| --- | --- |

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | Column A<br>Amount of claim<br>Do not deduct the value of collateral. | Column B<br>Value of collateral that supports this claim |
| --- | --- | --- | --- |

**2.1**

| Creditor's name | Describe debtor's property that is subject to a lien | $_____ | $_____ |
| --- | --- | --- | --- |

Creditor's mailing address

Describe the lien

Creditor's email address, if known

Is the creditor an insider or related party?
☐ No
☐ Yes

Date debt was incurred _____

Is anyone else liable on this claim?
☐ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

Last 4 digits of account number ___ ___ ___ ___

Do multiple creditors have an interest in the same property?
☐ No
☐ Yes. Specify each creditor, including this creditor, and its relative priority.
_____
_____

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**2.2**

| Creditor's name | Describe debtor's property that is subject to a lien | $_____ | $_____ |
| --- | --- | --- | --- |

Creditor's mailing address

Describe the lien

Creditor's email address, if known

Is the creditor an insider or related party?
☐ No
☐ Yes

Date debt was incurred _____

Is anyone else liable on this claim?
☐ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

Last 4 digits of account number ___ ___ ___ ___

Do multiple creditors have an interest in the same property?
☐ No
☐ Yes. Have you already specified the relative priority?
   ☐ No. Specify each creditor, including this creditor, and its relative priority.
   _____
   ☐ Yes. The relative priority of creditors is specified on lines _____

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

3. **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**    $_____

**Fill in this information to identify the case:**

Debtor        Worthington Energy, Inc.

United States Bankruptcy Court for the: Southern        District of    CA
                                                                    (State)

Case number
(If known)

☐ Check if this is an
amended filing

## Official Form 206E/F
# Schedule E/F: Creditors Who Have Unsecured Claims        12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:    List All Creditors with PRIORITY Unsecured Claims

1.  **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).
    ☑ No. Go to Part 2.
    ☐ Yes. Go to line 2.

2.  List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part. If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | Total claim | Priority amount |
|---|---|---|---|

**2.1** Priority creditor's name and mailing address

_____

_____

_____

Date or dates debt was incurred

_____

Last 4 digits of account
number ___ ___ ___ ___

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a) (____)

As of the petition filing date, the claim is: $_____     $_____
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
_____

Is the claim subject to offset?
☐ No
☐ Yes

**2.2** Priority creditor's name and mailing address

_____

_____

_____

Date or dates debt was incurred

_____

Last 4 digits of account
number ___ ___ ___ ___

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a) (qqqqq)

As of the petition filing date, the claim is: $_____     $_____
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
_____

Is the claim subject to offset?
☐ No
☐ Yes

**2.3** Priority creditor's name and mailing address

_____

_____

_____

Date or dates debt was incurred

_____

Last 4 digits of account
number ___ ___ ___ ___

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a) (____)

As of the petition filing date, the claim is: $_____     $_____
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
_____

Is the claim subject to offset?
☐ No
☐ Yes

| Debtor | Worthington Energy, Inc. | Case number (if known) | |
|---|---|---|---|
| | Name | | |

## Part 2:  List All Creditors with NONPRIORITY Unsecured Claims

3.  **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

|  | | | Amount of claim |
|---|---|---|---|

**3.1** | Nonpriority creditor's name and mailing address
Adar Bay
3411 Indian Creek Dr. #403
Miami Beach, FL 33140

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  convertible note

$ **20,625.00**

Date or dates debt was incurred  **Jan 2015**
Last 4 digits of account number  ___ ___ ___ ___

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.2** | Nonpriority creditor's name and mailing address
AGS Capital Group
801 Brickull Ave. #902
Miami, FL 33131

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  convertible note

$ **25,000.00**

Date or dates debt was incurred  **2013**
Last 4 digits of account number  ___ ___ ___ ___

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.3** | Nonpriority creditor's name and mailing address
Al Kau
33671 Chula Vista Ave.
Dana Point, CA 92629

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Managment fee

$ **100,000.00**

Date or dates debt was incurred  **Mar 2014**
Last 4 digits of account number  ___ ___ ___ ___

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.4** | Nonpriority creditor's name and mailing address
Alliance Advisors
200 Broadcare Dr. 3rd Floor
Bloomfield, NJ 07003

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  trdde debt

$ **883.72**

Date or dates debt was incurred  **2012**
Last 4 digits of account number  ___ ___ ___ ___

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.5** | Nonpriority creditor's name and mailing address
Arthur L. Gallagher Risk Management
1900 West Loop St. #1600
Houston TX 77027

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  insurence

$ **4,607.00**

Date or dates debt was incurred  **June 2013**
Last 4 digits of account number  ___ ___ ___ ___

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.6** | Nonpriority creditor's name and mailing address
Asher Enterprises
1 Linden Place #207
Great Neck, NY 11021

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  convertible note

$ **74,000.00**

Date or dates debt was incurred  **Mar 2014**
Last 4 digits of account number  ___ ___ ___ ___

Is the claim subject to offset?
☑ No
☐ Yes

---

Debtor  **Worthington Energy, Inc.**
       Name

Case number *(if known)*_____

| Part 2: | Additional Page |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.      **Amount of claim**

---

**3.7** Nonpriority creditor's name and mailing address

Associated Services

553 Martin Ave.
Rohnert Park, CA  94929

Date or dates debt was incurred    *2014*

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
☐ Liquidated and neither contingent nor disputed

Basis for the claim: *Trade debt*

Is the claim subject to offset?
☑ No
☐ Yes

$ 153.35

---

**3.8** Nonpriority creditor's name and mailing address

Boydstun & Klinger

235 Montgomery St. #870
San Francisco, CA  94104

Date or dates debt was incurred    2013

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: *Prof fees*

Is the claim subject to offset?
☑ No
☐ Yes

$ 12,500.00

---

**3.9** Nonpriority creditor's name and mailing address

CA Lamberson Consulting

2745 Union St.
San Francisco, CA  94123

Date or dates debt was incurred    Mar 2015

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: *Prof fees*

Is the claim subject to offset?
☑ No
☐ Yes

$ 86,500.00

---

**3.10** Nonpriority creditor's name and mailing address

Charles Volk

145 Corte Madera town Center #138
Corte Madera, CA  94925

Date or dates debt was incurred    June 2015

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: management fees

Is the claim subject to offset?
☑ No
☐ Yes

$ 100,000.00

---

**3.11** Nonpriority creditor's name and mailing address

Cliff Henry

130 Seaspray Lane
Vero Beach, FL  32963

Date or dates debt was incurred    2013

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: director's fees

Is the claim subject to offset?
☑ No
☐ Yes

$ 26,000.00

---

Debtor    Worthington Energy, Inc.
          Name

Case number (if known)_____

| Part 2: | Additional Page |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim

**3.12 Nonpriority creditor's name and mailing address**

Club West

220 Corte Madera Town Center
Corte Madera, CA  94925

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
☐ Liquidated and neither contingent nor disputed

Basis for the claim:  trade debt

$ 1,400.42

Date or dates debt was incurred          2013
Last 4 digits of account number    ___ ___ ___ ___

Is the claim subject to offset?
☑ No
☐ Yes

**3.13 Nonpriority creditor's name and mailing address**

Common Stock LLC

80 Eagle Chase
Woodbury, NY  11797

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  convertible note

$ 92,500.00

Date or dates debt was incurred          2013
Last 4 digits of account number    ___ ___ ___ ___

Is the claim subject to offset?
☑ No
☐ Yes

**3.14 Nonpriority creditor's name and mailing address**

Doty West

12707 High Bluff Dr. #200
San Diego, CA  92130

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  prof fees

$ 20,986.00

Date or dates debt was incurred          Feb 2014
Last 4 digits of account number    ___ ___ ___ ___

Is the claim subject to offset?
☑ No
☐ Yes

**3.15 Nonpriority creditor's name and mailing address**

EDD State of California

P. O. Box 826805
Sacramento, CA  94205

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:  tax

$ 200.00

Date or dates debt was incurred          2011
Last 4 digits of account number    ___ ___ ___ ___

Is the claim subject to offset?
☐ No
☐ Yes

**3.16 Nonpriority creditor's name and mailing address**

Eide Bailly

5 Triad Center #600
Salt Lake City, UT  84180

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  prof fees

$ 2,813.15

Date or dates debt was incurred          2013
Last 4 digits of account number    ___ ___ ___ ___

Is the claim subject to offset?
☑ No
☐ Yes

| Debtor | Worthington Energy, Inc. | Case number (if known) |
|---|---|---|
| | Name | |

## Part 2:    Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.17**  Nonpriority creditor's name and mailing address

Emeillio Law Group

12832 Valley View St. #106
Garden Grove, CA 92845

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
☐ Liquidated and neither contingent nor disputed

Basis for the claim: prof fees

Date or dates debt was incurred     Mar 2015

Last 4 digits of account number     ___ ___ ___ ___

Is the claim subject to offset?
☑ No
☐ Yes

$    475.00

---

**3.18**  Nonpriority creditor's name and mailing address

Freeman Mills PC

2020 Bill Owens Pkwy, #200
Longview, TX 75604

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: prof fees

Date or dates debt was incurred     2012

Last 4 digits of account number     ___ ___ ___ ___

Is the claim subject to offset?
☑ No
☐ Yes

$    4,760.00

---

**3.19**  Nonpriority creditor's name and mailing address

Gartenberg Gelfand Hayton & Selden

801 S. Figeroa St., #2170
Los Angeles, CA 90017

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: prof fees

Date or dates debt was incurred     Feb 2014

Last 4 digits of account number     ___ ___ ___ ___

Is the claim subject to offset?
☑ No
☐ Yes

$    3,978.32

---

**3.20**  Nonpriority creditor's name and mailing address

GEL Properties

16192 Coastal Highway
Lewes, DE 19958

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: convertible note

Date or dates debt was incurred     2012

Last 4 digits of account number     ___ ___ ___ ___

Is the claim subject to offset?
☑ No
☐ Yes

$    149,000.00

---

**3.21**  Nonpriority creditor's name and mailing address

Hansen Barnett & Maxwell

5 Triad Center #750
Salt Lake City, UT 84180

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: prof fees

Date or dates debt was incurred     2013

Last 4 digits of account number     ___ ___ ___ ___

Is the claim subject to offset?
☑ No
☐ Yes

$    90,924.86

---

Debtor    **Worthington Energy, Inc.**    Case number (if known) _____
_____
          Name

| Part 2: | Additional Page |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.    **Amount of claim**

---

**3.22** Nonpriority creditor's name and mailing address

Haverstock Manager

80 Eagle Chase
Woodbury, NY  11797

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
☐ Liquidated and neither contingent nor disputed

**Basis for the claim:** fee for line of credit

Date or dates debt was incurred    2013
Last 4 digits of account number    __ __ __ __

Is the claim subject to offset?
☑ No
☐ Yes

$                    295,000.00

---

**3.23** Nonpriority creditor's name and mailing address

IBC Funds LLC

1170 Kane Concourse #404
Bay Harbor, FL  33154

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** convertible note

Date or dates debt was incurred    2013
Last 4 digits of account number    __ __ __ __

Is the claim subject to offset?
☑ No
☐ Yes

$        ~~3,100.00~~  *32,000.-*

---

**3.24** Nonpriority creditor's name and mailing address

Irakli Gagua

P. O. Box 4707
Glendale, CA  91222

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** trade debt

Date or dates debt was incurred    2012
Last 4 digits of account number    __ __ __ __

Is the claim subject to offset?
☑ No
☐ Yes

$                      1,751.18

---

**3.25** Nonpriority creditor's name and mailing address

Ironridge Global Partners LLC

One Montgomery Tower, #2575
San Francisco, CA  94104

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:** convertible note

Date or dates debt was incurred    2013
Last 4 digits of account number    __ __ __ __

Is the claim subject to offset?
☐ No
☐ Yes

$                    140,000.00

---

**3.26** Nonpriority creditor's name and mailing address

Jaclin / Szarferman Lakind

101 Grovers Mill Road #200
Lawrenceville, NJ  08648

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** prof fees

Date or dates debt was incurred    Feb 2015
Last 4 digits of account number    __ __ __ __

Is the claim subject to offset?
☑ No
☐ Yes

$                     31,500.00

---

Debtor    Worthington Energy, Inc.
          Name

Case number (if known)_____

---

**Part 2:    Additional Page**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

| | Amount of claim |
|---|---|

**3.27**  Nonpriority creditor's name and mailing address

JMJ

26800 Aliso Viejo Pkwy #200
Aliso Viejo, CA  92656

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
☐ Liquidated and neither contingent nor disputed

Basis for the claim:  note

Date or dates debt was incurred     2013

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number     _ _ _ _

$                17,477.00

---

**3.28**  Nonpriority creditor's name and mailing address

Jones Walker

201 St. Charles Ave. #5100
New Orleans, LA  70170

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  prof fees

Date or dates debt was incurred     May 2014

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number     _ _ _ _

$               244,882.86

---

**3.29**  Nonpriority creditor's name and mailing address

La Jolla Cove Investors

1793 Union St.
San Francisco, CA  94123

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  convertible note

Date or dates debt was incurred     2012

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number     _ _ _ _

$                83,440.00

---

**3.30**  Nonpriority creditor's name and mailing address

LG Capital

1218 Union St. #2
Brooklyn, NY  11225

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  convertible notes

Date or dates debt was incurred     Jan 2015

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number     _ _ _ _

$               101,875.00

---

**3.31**  Nonpriority creditor's name and mailing address

McDonald Carano Wilson

P. O. Box 2670
Reno, NV  89505

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  prof fees

Date or dates debt was incurred     2013

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number     _ _ _ _

$                 1,603.68

---

Debtor    **Worthington Energy, Inc.**
     Name
                       Case number *(if known)*_____

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.    **Amount of claim**

---

**3.32**   **Nonpriority creditor's name and mailing address**

Nevada Agency & Transfer Co.

50 West Liberty St. #880
Reno, NV 89501

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
☐ Liquidated and neither contingent nor disputed

$ 18,000.00

Basis for the claim: prof fees

Date or dates debt was incurred    Mar 2015
Last 4 digits of account number   __ __ __ __

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.33**   **Nonpriority creditor's name and mailing address**

New Venture Attorneys

101 Church St. #22
Los Gatos, CA 95030

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 70,000.00

Basis for the claim: prof fees

Date or dates debt was incurred    2013
Last 4 digits of account number   __ __ __ __

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.34**   **Nonpriority creditor's name and mailing address**

Osborne Robbins & Buhler

4527 South 2300 East, #201
Salt Lake City, UT 84117

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 23,175.00

Basis for the claim: prof fees

Date or dates debt was incurred    2013
Last 4 digits of account number   __ __ __ __

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.35**   **Nonpriority creditor's name and mailing address**

Paul Jordan

5 Tamarade Dr.
Littleton, CO 80127

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 35,000.00

Basis for the claim: director's fees

Date or dates debt was incurred    2013
Last 4 digits of account number   __ __ __ __

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.36**   **Nonpriority creditor's name and mailing address**

Pickard & Green, CPA

28382 Constellation Road
Valencia, CA 91355

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 31,650.00

Basis for the claim: prof fees

Date or dates debt was incurred    Mar 2015
Last 4 digits of account number   __ __ __ __

Is the claim subject to offset?
☑ No
☐ Yes

---

Debtor    **Worthington Energy, Inc.**
           ‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾
           Name                                                    Case number (if known) ‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾

| **Part 2:** | **Additional Page** |

*Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.*    **Amount of claim**

---

**3.37** Nonpriority creditor's name and mailing address

Pinnacle Energy Service

9420 Cedar Lake Ave.
Oklahoma City, OK 73114

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
☐ Liquidated and neither contingent nor disputed

Basis for the claim: trade debt

Date or dates debt was incurred    2013
Last 4 digits of account number    _ _ _ _

Is the claim subject to offset?
☑ No
☐ Yes

$ 15,767.95

---

**3.38** Nonpriority creditor's name and mailing address

PR Newswire

602 Plaza Three, Harbor Financial Ctr.
Jersey City, NJ 07311

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: trade debt

Date or dates debt was incurred    2011
Last 4 digits of account number    _ _ _ _

Is the claim subject to offset?
☑ No
☐ Yes

$ 2,925.00

---

**3.39** Nonpriority creditor's name and mailing address

Prolific Group

500 W. Silver Spring Dr. #K200
Glendale, WI 53217

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: convertible note

Date or dates debt was incurred    2012
Last 4 digits of account number    _ _ _ _

Is the claim subject to offset?
☑ No
☐ Yes

$ 79,900.00

---

**3.40** Nonpriority creditor's name and mailing address

PublicEase

7668 El Camino Real #104-284
Carlsbad, CA 92009

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: trade debt

Date or dates debt was incurred    April 2015
Last 4 digits of account number    _ _ _ _

Is the claim subject to offset?
☑ No
☐ Yes

$ 3,709.00

---

**3.41** Nonpriority creditor's name and mailing address

Redwood Capital

1650 Collins Ave. #112-341
Sunny Isles Beach, FL 33160

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: convertible note

Date or dates debt was incurred    Aug 2014
Last 4 digits of account number    _ _ _ _

Is the claim subject to offset?
☑ No
☐ Yes

$ 37,500.00

---

| Debtor | Worthington Energy, Inc. | Case number (if known) |
|---|---|---|
| | Name | |

## Part 2:  Additional Page

*Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.*

**Amount of claim**

---

**3.42** Nonpriority creditor's name and mailing address

Revolution Investment Management

80 Eagle Chase
Woodbury, NY  11797

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
☐ Liquidated and neither contingent nor disputed

Basis for the claim: convertible note

Date or dates debt was incurred       June 2014
Last 4 digits of account number       _ _ _ _

Is the claim subject to offset?
☑ No
☐ Yes

$ 78,500.00

---

**3.43** Nonpriority creditor's name and mailing address

Richard Anslow, Esq

1345 Avenue of the Americas
New York, NY  10105

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  prof fees

Date or dates debt was incurred       2013
Last 4 digits of account number       _ _ _ _

Is the claim subject to offset?
☑ No
☐ Yes

$ 14,013.00

---

**3.44** Nonpriority creditor's name and mailing address

Robert M. Cohen

80 Eagle Chase
Woodbury, NY  11797

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  convertible note

Date or dates debt was incurred       June 2014
Last 4 digits of account number       _ _ _ _

Is the claim subject to offset?
☑ No
☐ Yes

$ 60,000.00

---

**3.45** Nonpriority creditor's name and mailing address

SAM Group

1914 Golden Gate Ave.
San Francisco, CA 94115

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  note

Date or dates debt was incurred       April 2014
Last 4 digits of account number       _ _ _ _

Is the claim subject to offset?
☑ No
☐ Yes

$ 40,000.00

---

**3.46** Nonpriority creditor's name and mailing address

Sichenzia Ross Friedman & Ference

61 Broadway
New York, NY  10006

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  prof fees

Date or dates debt was incurred       2012
Last 4 digits of account number       _ _ _ _

Is the claim subject to offset?
☑ No
☐ Yes

$ 59,921.56

---

Debtor    **Worthington Energy, Inc.**
       Name

Case number (if known)_____

| Part 2: | **Additional Page** |
|---|---|

> Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.47** | Nonpriority creditor's name and mailing address

South Ridge Services

32 West 200 South, #136

Salt Lake City, UT 84101

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
☐ Liquidated and neither contingent nor disputed

Basis for the claim: prof fees

Date or dates debt was incurred    2013

Last 4 digits of account number    ___ ___ ___ ___

Is the claim subject to offset?
☑ No
☐ Yes

$    4,110.00

---

**3.48** | Nonpriority creditor's name and mailing address

Steve Rush

1209 16th Ave. S.

Nashville, TN 37212

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: prof fees

Date or dates debt was incurred    2013

Last 4 digits of account number    ___ ___ ___ ___

Is the claim subject to offset?
☑ No
☐ Yes

$    56,000.00

---

**3.49** | Nonpriority creditor's name and mailing address

Surety Financial Group

652 Main St.

Reisterstown, MD 21136

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: convertible note

Date or dates debt was incurred    Oct 2015

Last 4 digits of account number    ___ ___ ___ ___

Is the claim subject to offset?
☑ No
☐ Yes

$    150,301.84

---

**3.50** | Nonpriority creditor's name and mailing address

Tarpon Bay Partners

Executive Pavillion, 90 Grove St.

Ridgefield, CT 06877

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: note

Date or dates debt was incurred    April 2014

Last 4 digits of account number    ___ ___ ___ ___

Is the claim subject to offset?
☑ No
☐ Yes

$    75,000.00

---

**3.51** | Nonpriority creditor's name and mailing address

Telekenex

425 California St. #2025

San Francisco, CA 94104

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: trade debt

Date or dates debt was incurred    Mar 2015

Last 4 digits of account number    ___ ___ ___ ___

Is the claim subject to offset?
☑ No
☐ Yes

$    31,000.00

---

Official Form 206E/F    **Schedule E/F: Creditors Who Have Unsecured Claims**    page 10 of 11

Debtor    Worthington Energy, Inc.
          Name

Case number (if known)_____

| Part 2: | Additional Page |
|---------|-----------------|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

---

**3.52**  Nonpriority creditor's name and mailing address

Tomer Tal

101 Church St. #22
Los Gatos, CA  95030

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
☐ Liquidated and neither contingent nor disputed

Basis for the claim:  note

Date or dates debt was incurred    2013

Last 4 digits of account number    _ _ _ _

Is the claim subject to offset?
☑ No
☐ Yes

$    50,000.00

---

**3.53**  Nonpriority creditor's name and mailing address

Tony Mason

3206 Revere St. #410
Houston, TX  77098

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  note

Date or dates debt was incurred    2013

Last 4 digits of account number    _ _ _ _

Is the claim subject to offset?
☑ No
☐ Yes

$    115,000.00

---

**3.54**  Nonpriority creditor's name and mailing address

V-Corp Services

25 Robert Pitt Drive #204
Monsey, NY  10952

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  trade debt

Date or dates debt was incurred    Sept 2013

Last 4 digits of account number    _ _ _ _

Is the claim subject to offset?
☑ No
☐ Yes

$    390.00

---

**3.55**  Nonpriority creditor's name and mailing address

Vintage Group PRN Newswire

350 Hudson St. #300
New York, NY  10014

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  trade debt

Date or dates debt was incurred    May 2014

Last 4 digits of account number    _ _ _ _

Is the claim subject to offset?
☑ No
☐ Yes

$    13,018.00

---

**3.56**  Nonpriority creditor's name and mailing address

Weinberg & Co.

1925 Century Park East #1120
Los Angeles, CA  90067

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  prof fees

Date or dates debt was incurred    Mar 2015

Last 4 digits of account number    _ _ _ _

Is the claim subject to offset?
☑ No
☐ Yes

$    149,496.00

---

Debtor     Worthington Energy, Inc.
           Name

Case number (if known)_____

| Part 4: | Total Amounts of the Priority and Nonpriority Unsecured Claims |
|---|---|

**5.** Add the amounts of priority and nonpriority unsecured claims.

|  |  |  | Total of claim amounts |
|---|---|---|---|
| 5a. **Total claims from Part 1** | 5a. | $ | 0.00 |
| 5b. **Total claims from Part 2** | 5b. + | $ | 2,981,281.69 |
| 5c. **Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | $ | 2,981,281.69 |

Fill in this information to identify the case:

Debtor name __Worthington Energy, Inc.__

United States Bankruptcy Court for the: __Southern__    District of __CA__
(State)

Case number (If known): _____    Chapter __11__

☐ Check if this is an
amended filing

## Official Form 206G

# Schedule G: Executory Contracts and Unexpired Leases    12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, numbering the entries consecutively.

1. **Does the debtor have any executory contracts or unexpired leases?**

   ☑ **No.** Check this box and file this form with the court with the debtor's other schedules. There is nothing else to report on this form.

   ☐ **Yes.** Fill in all of the information below even if the contracts or leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.1** State what the contract or lease is for and the nature of the debtor's interest | |
| State the term remaining | |
| List the contract number of any government contract | |
| **2.2** State what the contract or lease is for and the nature of the debtor's interest | |
| State the term remaining | |
| List the contract number of any government contract | |
| **2.3** State what the contract or lease is for and the nature of the debtor's interest | |
| State the term remaining | |
| List the contract number of any government contract | |
| **2.4** State what the contract or lease is for and the nature of the debtor's interest | |
| State the term remaining | |
| List the contract number of any government contract | |
| **2.5** State what the contract or lease is for and the nature of the debtor's interest | |
| State the term remaining | |
| List the contract number of any government contract | |

<table>
<tr><td colspan="2">Fill in this information to identify the case:</td></tr>
<tr><td>Debtor name</td><td>Worthington Energy, Inc.</td></tr>
<tr><td>United States Bankruptcy Court for the:</td><td>Southern    District of  CA<br>(State)</td></tr>
<tr><td>Case number (If known):</td><td></td></tr>
</table>

☐ Check if this is an amended filing

## Official Form 206H

## Schedule H: Codebtors

12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Does the debtor have any codebtors?**

☑ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

☐ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, *Schedules D-G*.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| Column 1: Codebtor | | Column 2: Creditor | |
|---|---|---|---|
| Name | Mailing address | Name | Check all schedules that apply: |
| **2.1** _____ | Street _____<br>_____<br>City ____ State ____ ZIP Code ____ | _____ | ☐ D<br>☐ E/F<br>☐ G |
| **2.2** _____ | Street _____<br>_____<br>City ____ State ____ ZIP Code ____ | _____ | ☐ D<br>☐ E/F<br>☐ G |
| **2.3** _____ | Street _____<br>_____<br>City ____ State ____ ZIP Code ____ | _____ | ☐ D<br>☐ E/F<br>☐ G |
| **2.4** _____ | Street _____<br>_____<br>City ____ State ____ ZIP Code ____ | _____ | ☐ D<br>☐ E/F<br>☐ G |
| **2.5** _____ | Street _____<br>_____<br>City ____ State ____ ZIP Code ____ | _____ | ☐ D<br>☐ E/F<br>☐ G |
| **2.6** _____ | Street _____<br>_____<br>City ____ State ____ ZIP Code ____ | _____ | ☐ D<br>☐ E/F<br>☐ G |

<table>
<tr><td colspan="2">Fill in this information to identify the case:</td></tr>
<tr><td>Debtor name</td><td>Worthington Energy, Inc.</td></tr>
<tr><td>United States Bankruptcy Court for the:</td><td>Southern District of CA (State)</td></tr>
<tr><td>Case number (If known):</td><td></td></tr>
</table>

☐ Check if this is an amended filing

## Official Form 207

# Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy   04/16

**The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).**

## Part 1:   Income

**1.  Gross revenue from business**

☑ None

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue Check all that apply | Gross revenue (before deductions and exclusions) |
|---|---|---|
| **From the beginning of the fiscal year to filing date:** From ___/___/___ MM/DD/YYYY to Filing date | ☐ Operating a business ☐ Other _____ | $_____ |
| **For prior year:** From ___/___/___ MM/DD/YYYY to ___/___/___ MM/DD/YYYY | ☐ Operating a business ☐ Other _____ | $_____ |
| **For the year before that:** From ___/___/___ MM/DD/YYYY to ___/___/___ MM/DD/YYYY | ☐ Operating a business ☐ Other _____ | $_____ |

**2.  Non-business revenue**

Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

☑ None

| | Description of sources of revenue | Gross revenue from each source (before deductions and exclusions) |
|---|---|---|
| **From the beginning of the fiscal year to filing date:** From ___/___/___ MM/DD/YYYY to Filing date | _____ | $_____ |
| **For prior year:** From ___/___/___ MM/DD/YYYY to ___/___/___ MM/DD/YYYY | _____ | $_____ |
| **For the year before that:** From ___/___/___ MM/DD/YYYY to ___/___/___ MM/DD/YYYY | _____ | $_____ |

Debtor    **Worthington Energy, Inc.**
　　　　　　Name
　　　　　　　　　　　　　　　　　　　　　　　　　Case number (if known)_____

| Part 2: | List Certain Transfers Made Before Filing for Bankruptcy |
|---|---|

**3. Certain payments or transfers to creditors within 90 days before filing this case**

List payments or transfers—including expense reimbursements—to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $6,425. (This amount may be adjusted on 4/01/19 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

☑ None

| | Creditor's name and address | Dates | Total amount or value | Reasons for payment or transfer<br>Check all that apply |
|---|---|---|---|---|
| 3.1. | | | $_____ | ☐ Secured debt |
| | Creditor's name | _____ | | ☐ Unsecured loan repayments |
| | Street | _____ | | ☐ Suppliers or vendors |
| | | | | ☐ Services |
| | City　　　　　State　　ZIP Code | _____ | | ☐ Other _____ |
| 3.2. | | | $_____ | ☐ Secured debt |
| | Creditor's name | _____ | | ☐ Unsecured loan repayments |
| | Street | _____ | | ☐ Suppliers or vendors |
| | | | | ☐ Services |
| | City　　　　　State　　ZIP Code | _____ | | ☐ Other _____ |

**4. Payments or other transfers of property made within 1 year before filing this case that benefited any insider**

List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $6,425. (This amount may be adjusted on 4/01/19 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

☑ None

| | Insider's name and address | Dates | Total amount or value | Reasons for payment or transfer |
|---|---|---|---|---|
| 4.1. | | | $_____ | _____ |
| | Insider's name | _____ | | _____ |
| | Street | _____ | | _____ |
| | City　　　　　State　　ZIP Code | _____ | | |
| | Relationship to debtor | | | |
| 4.2. | | | $_____ | _____ |
| | Insider's name | _____ | | _____ |
| | Street | _____ | | _____ |
| | City　　　　　State　　ZIP Code | _____ | | |
| | Relationship to debtor | | | |

Debtor    __Worthington Energy, Inc._____    Case number (if known)_____
                Name

**5. Repossessions, foreclosures, and returns**

List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

☑ None

| Creditor's name and address | Description of the property | Date | Value of property |
|---|---|---|---|
| 5.1. | | | |
| Creditor's name | | | $_____ |
| Street | | | |
| City                State      ZIP Code | | | |
| 5.2. | | | |
| Creditor's name | | | $_____ |
| Street | | | |
| City                State      ZIP Code | | | |

**6. Setoffs**

List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

☑ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|
| Creditor's name | | | $_____ |
| Street | | | |
| City                State      ZIP Code | Last 4 digits of account number: XXXX– __ __ __ __ | | |

**Part 3:    Legal Actions or Assignments**

**7. Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**

List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

☑ None

| Case title | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|
| 7.1. | | Name | ☐ Pending |
| | | Street | ☐ On appeal |
| Case number | | | ☐ Concluded |
| | | City          State        ZIP Code | |
| 7.2.  Case title | | Court or agency's name and address | ☐ Pending |
| | | Name | ☐ On appeal |
| Case number | | Street | ☐ Concluded |
| | | City          State        ZIP Code | |

Debtor   Worthington Energy, Inc.
Name

Case number (if known)_____

---

**8. Assignments and receivership**

List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

☑ None

| Custodian's name and address | Description of the property | Value |
|---|---|---|
| Custodian's name | | $_____ |
| Street | Case title | Court name and address |
| City          State   ZIP Code | Case number | Name |
| | | Street |
| | Date of order or assignment | City        State     ZIP Code |

---

**Part 4:   Certain Gifts and Charitable Contributions**

**9. List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

☑ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|
| 9.1. Recipient's name | | _____ | $_____ |
| Street | | | |
| City          State   ZIP Code | | | |
| Recipient's relationship to debtor | | | |
| 9.2. Recipient's name | | _____ | $_____ |
| Street | | | |
| City          State   ZIP Code | | | |
| Recipient's relationship to debtor | | | |

---

**Part 5:   Certain Losses**

**10. All losses from fire, theft, or other casualty within 1 year before filing this case.**

☑ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss | Date of loss | Value of property lost |
|---|---|---|---|
| | If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received. List unpaid claims on Official Form 106A/B (Schedule A/B: Assets – Real and Personal Property). | _____ | $_____ |

---

Debtor  Worthington Energy, Inc.
Name                                                Case number (if known)_____

| Part 6: | Certain Payments or Transfers |
|---|---|

**11. Payments related to bankruptcy**

List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☑ None

| | Who was paid or who received the transfer? | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | | | | $ |
| | Address | | | |
| | Street | | | |
| | City                State        ZIP Code | | | |
| | Email or website address | | | |
| | Who made the payment, if not debtor? | | | |

| | Who was paid or who received the transfer? | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.2. | | | | $ |
| | Address | | | |
| | Street | | | |
| | City                State        ZIP Code | | | |
| | Email or website address | | | |
| | Who made the payment, if not debtor? | | | |

**12. Self-settled trusts of which the debtor is a beneficiary**

List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

☑ None

| | Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|---|
| | | | | $ |
| | Trustee | | | |

Official Form 207          Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy          page 5

Debtor    Worthington Energy, Inc.                                    Case number (if known)_____
Name

**13. Transfers not already listed on this statement**

List any transfers of money or other property—by sale, trade, or any other means—made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, *other than property transferred in the ordinary course of business or financial affairs.* Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

☑ None

|  | Who received transfer? | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|---|
| 13.1. | _____ | _____ | _____ | $_____ |
|  | **Address** |  |  |  |
|  | _____ |  |  |  |
|  | Street |  |  |  |
|  | _____ |  |  |  |
|  | City          State    ZIP Code |  |  |  |
|  | **Relationship to debtor** |  |  |  |
|  | _____ |  |  |  |
| | | | | |
|  | Who received transfer? | | | |
| 13.2. | _____ | _____ | _____ | $_____ |
|  | **Address** | _____ | | |
|  | _____ |  |  |  |
|  | Street |  |  |  |
|  | _____ |  |  |  |
|  | City          State    ZIP Code |  |  |  |
|  | **Relationship to debtor** |  |  |  |
|  | _____ |  |  |  |

| Part 7: | **Previous Locations** |
|---|---|

**14. Previous addresses**

List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

☐ Does not apply

| | Address | Dates of occupancy | |
|---|---|---|---|
| 14.1. | 145 Corte Madera Town Center, Suite 138 | From   Jan 2014 | To   June 2017 |
|  | Street |  |  |
|  | Corte Madera,          CA      94925 |  |  |
|  | City                State   ZIP Code |  |  |
| 14.2. | _____ | From  _____ | To  _____ |
|  | Street |  |  |
|  | _____ |  |  |
|  | City                State   ZIP Code |  |  |

Debtor    __Worthington Energy, Inc._____    Case number (*if known*)_____
                Name

---

| Part 8: | Health Care Bankruptcies |
|---|---|

**15. Health Care bankruptcies**

Is the debtor primarily engaged in offering services and facilities for:
— diagnosing or treating injury, deformity, or disease, or
— providing any surgical, psychiatric, drug treatment, or obstetric care?

☑ No. Go to Part 9.
☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|
| **15.1.** Facility name _____ | _____ | _____ |
| Street _____ | Location where patient records are maintained (if different from facility address). If electronic, identify any service provider. | How are records kept?<br><br>*Check all that apply:*<br>☐ Electronically<br>☐ Paper |
| City        State        ZIP Code | | |

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|
| **15.2.** Facility name _____ | _____ | _____ |
| Street _____ | Location where patient records are maintained (if different from facility address). If electronic, identify any service provider. | How are records kept?<br><br>*Check all that apply:*<br>☐ Electronically<br>☐ Paper |
| City        State        ZIP Code | | |

---

| Part 9: | Personally Identifiable Information |
|---|---|

**16. Does the debtor collect and retain personally identifiable information of customers?**

☑ No.
☐ Yes. State the nature of the information collected and retained. _____

Does the debtor have a privacy policy about that information?
☐ No
☐ Yes

**17. Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

☑ No. Go to Part 10.
☐ Yes. Does the debtor serve as plan administrator?

☐ No. Go to Part 10.
☐ Yes. Fill in below:

| Name of plan | Employer identification number of the plan |
|---|---|
| _____ | EIN: __ __ – __ __ __ __ __ __ __ |

Has the plan been terminated?
☐ No
☐ Yes

---

Debtor  Worthington Energy, Inc.

Name

Case number *(if known)*_____

---

**Part 10:**  **Certain Financial Accounts, Safe Deposit Boxes, and Storage Units**

**18. Closed financial accounts**

Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?

Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☑ None

| Financial institution name and address | Last 4 digits of account number | Type of account | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|
| 18.1. _____ Name _____ Street _____ City    State    ZIP Code | XXXX–__ __ __ __ | ☐ Checking ☐ Savings ☐ Money market ☐ Brokerage ☐ Other_____ | _____ | $_____ |
| 18.2. _____ Name _____ Street _____ City    State    ZIP Code | XXXX–__ __ __ __ | ☐ Checking ☐ Savings ☐ Money market ☐ Brokerage ☐ Other_____ | _____ | $_____ |

**19. Safe deposit boxes**

List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

☑ None

| Depository institution name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|
| _____ Name _____ Street _____ City    State    ZIP Code | _____ _____ **Address** _____ _____ | m_____ _____ _____ | ☐ No ☐ Yes |

**20. Off-premises storage**

List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

☑ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|
| _____ Name _____ Street _____ City    State    ZIP Code | _____ _____ **Address** _____ _____ | _____ _____ _____ | ☐ No ☐ Yes |

---

Debtor     Worthington Energy, Inc.                           Case number (if known)_____
           Name

**Part 11:    Property the Debtor Holds or Controls That the Debtor Does Not Own**

**21. Property held for another**

List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

☑ None

| Owner's name and address | Location of the property | Description of the property | Value |
|---|---|---|---|
| Name | | | $_____ |
| Street | | | |
| City        State        ZIP Code | | | |

**Part 12:    Details About Environmental Information**

For the purpose of Part 12, the following definitions apply:

- *Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).
- *Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.
- *Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

**22. Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders.

☑ No
☐ Yes. Provide details below.

| Case title | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|
| Case number | Name | | ☐ Pending |
| | Street | | ☐ On appeal |
| | City        State        ZIP Code | | ☐ Concluded |

**23. Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

☑ No
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| Name | Name | | _____ |
| Street | Street | | |
| City        State        ZIP Code | City        State        ZIP Code | | |

Debtor    Worthington Energy, Inc.    Case number *(if known)*_____
         Name

**24. Has the debtor notified any governmental unit of any release of hazardous material?**

☑ No

☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| Name | Name | | |
| Street | Street | | |
| City        State    ZIP Code | City        State    ZIP Code | | |

---

**Part 13:    Details About the Debtor's Business or Connections to Any Business**

**25. Other businesses in which the debtor has or has had an interest**

List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

☑ None

| | Business name and address | Describe the nature of the business | Employer identification number<br>Do not include Social Security number or ITIN. |
|---|---|---|---|
| 25.1. | Name<br>Street<br>City        State    ZIP Code | | EIN: __ __ – __ __ __ __ __ __ __<br>Dates business existed<br>From _____  To _____ |
| 25.2. | Name<br>Street<br>City        State    ZIP Code | | EIN: __ __ – __ __ __ __ __ __ __<br>Dates business existed<br>From _____  To _____ |
| 25.3. | Name<br>Street<br>City        State    ZIP Code | | EIN: __ __ – __ __ __ __ __ __ __<br>Dates business existed<br>From _____  To _____ |

---

Debtor      Worthington Energy, Inc.                                    Case number (if known)_____
                      Name

## 26. Books, records, and financial statements

26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

☑ None

| Name and address | | Dates of service |
|---|---|---|
| 26a.1. | Name | From _____  To _____ |
| | Street | |
| | City                State          ZIP Code | |

| Name and address | | Dates of service |
|---|---|---|
| 26a.2. | Name | From _____  To _____ |
| | Street | |
| | City                State          ZIP Code | |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☑ None

| Name and address | | Dates of service |
|---|---|---|
| 26b.1. | Name | From _____  To _____ |
| | Street | |
| | City                State          ZIP Code | |

| Name and address | | Dates of service |
|---|---|---|
| 26b.2. | Name | From _____  To _____ |
| | Street | |
| | City                State          ZIP Code | |

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☑ None

| Name and address | | If any books of account and records are unavailable, explain why |
|---|---|---|
| 26c.1. | Name | |
| | Street | |
| | City                State          ZIP Code | |

Debtor    Worthington Energy, Inc.                                    Case number (if known)_____
            Name

| Name and address | | | If any books of account and records are unavailable, explain why |
|---|---|---|---|
| 26c.2. | Name | | |
| | Street | | |
| | City | State | ZIP Code |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☑ None

| Name and address | | |
|---|---|---|
| 26d.1. | Name | |
| | Street | |
| | City | State | ZIP Code |

| Name and address | | |
|---|---|---|
| 26d.2. | Name | |
| | Street | |
| | City | State | ZIP Code |

**27. Inventories**

Have any inventories of the debtor's property been taken within 2 years before filing this case?

☑ No

☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|
| | | $ |

| Name and address of the person who has possession of inventory records | | |
|---|---|---|
| 27.1. | Name | |
| | Street | |
| | City | State | ZIP Code |

Debtor    Worthington Energy, Inc._____    Case number (if known)_____
            Name

| Name of the person who supervised the taking of the inventory | | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|---|
| _____ | | _____ | $_____ |
| Name and address of the person who has possession of inventory records | | | |

27.2.
Name _____
Street _____
_____
City _____ State _____ ZIP Code _____

28. List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Al Kau | 33671 Chula Vista Ave. | Pres & Director | 0.1% |
| | Dana Point, CA | | |
| Charles Volk | 145 Corte Madera Town Center #138 | Director | 72.3% |
| | Corte Madera, CA  94925 | | |
| | | | |

29. Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?
☑ No
☐ Yes. Identify below.

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|---|---|---|---|
| _____ | _____ | _____ | From _____ To _____ |
| _____ | _____ | _____ | From _____ To _____ |
| _____ | _____ | _____ | From _____ To _____ |
| _____ | _____ | _____ | From _____ To _____ |

30. Payments, distributions, or withdrawals credited or given to insiders
Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?
☑ No
☐ Yes. Identify below.

| Name and address of recipient | | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|---|
| 30.1. Name _____ | | _____ | _____ | _____ |
| Street _____ | | | | |
| City _____ State ___ ZIP Code ___ | | | _____ | |
| Relationship to debtor | | | | |
| _____ | | | _____ | |

Debtor    __Worthington Energy, Inc.__                    Case number (if known)_____
                Name

| Name and address of recipient | | | |
|---|---|---|---|
| 30.2 | | | |
| Name | | | |
| Street | | | |
| City          State          ZIP Code | | | |
| Relationship to debtor | | | |

**31. Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

☑ No
☐ Yes. Identify below.

| Name of the parent corporation | Employer identification number of the parent corporation |
|---|---|
| _____ | EIN: __ __ – __ __ __ __ __ __ __ |

**32. Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

☑ No
☐ Yes. Identify below.

| Name of the pension fund | Employer identification number of the pension fund |
|---|---|
| _____ | EIN: __ __ – __ __ __ __ __ __ __ |

**Part 14:   Signature and Declaration**

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on _____
                MM / DD / YYYY

✗ _____          Printed name  Al Kau
Signature of individual signing on behalf of the debtor

Position or relationship to debtor  President

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**

☑ No
☐ Yes

**CSD 2030** [12/01/15]
Name, Address, Telephone No. & I.D. No.

Daniel Masters (SBN 220729)
P. O. Box 66
La Jolla, CA  92038
(858) 459-1133

**UNITED STATES BANKRUPTCY COURT**
SOUTHERN DISTRICT OF CALIFORNIA
325 West F Street, San Diego, California 92101-6991

In Re

WORTHINGTON ENERGY, INC.
  a Nevada corporation

BANKRUPTCY NO.

Debtor.

# DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR

1. Pursuant to 11 U.S.C. § 329(a) and Federal Rule of Bankruptcy Procedure 2016(b), I certify that I am the attorney for the above-named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

   For legal services, I have agreed to accept  . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .  $ 450 / hour

   Prior to the filing of this statement I have received  . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .  $ 0

   Balance Due  . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .  $

2. The source of the compensation paid to me was:

   ☐ Debtor              ☐ Other (specify)

3. The source of compensation to be paid to me is:

   ☑ Debtor              ☐ Other (specify)

4. ☑ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation, is attached.

5. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

   a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;

   b. Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;

   c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;

**CSD 2030**

[Continued on Page 2]

**CSD 2030 (Page 2)** [12/01/15]

    d.    Representation of the debtor in adversary proceedings and other contested bankruptcy matters;

    e.    [Other provisions as needed]

6.    By agreement with the debtor(s), the above-disclosed fee does not include the following services:

    Any non-bankruptcy matters.

## CERTIFICATION

    I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

DATED:

    5-1-18

Daniel Masters
(Typed Name and Signature)

Law Office of Daniel Masters
(Name of Law Firm)

**CSD 2030**